| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT DEAN GRIFFIN,<br><br>              Plaintiff,<br>   v.<br><br>ROBERT HERZOG,<br><br>             Defendant. | CASE NO. C17-5394RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>AND DENYING OBJECTION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #76] regarding Plaintiff Griffin's failure to comply with her order to file an amended complaint addressing various deficiencies. The Court has reviewed Griffin's Objections [Dkt. #77] to the Report and Recommendation.

1. The Report and Recommendation is **ADOPTED;**
2. Griffin's requests for injunctive relief are **DENIED**;
3. Griffin's complaint(s) is **DISMISSED without prejudice.**
4. The Clerk shall send copies of this Order to Petitioner, defendant's counsel, and to United States Magistrate Judge Fricke.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

The Court has also reviewed Griffin's Objection [Dkt. #78] to Judge Fricke's Order [Dkt. #75] denying his Motion [Dkt. #67] for appointment of counsel. A district judge shall "consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. Pro. 72(a).

In light of the dismissal of this case, this is a standard that Griffin cannot meet. The Magistrate Judge's Order denying appointment of counsel is **AFFIRMED**.

IT IS SO ORDERED.

Dated this 9th day of November, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2